UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAVAL NOLAN SULLIVAN | CIVIL ACTION |
| VERSUS | NO. 25-657 |
| ORLEANS PARISH PRISON ET AL. | SECTION "J" (2) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the *Report and Recommendation* (Rec. Doc. 7) of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's *Report and Recommendation*, hereby **APPROVES** the Magistrate Judge's *Report and Recommendation* and **ADOPTS** it as its opinion in this matter. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff, Laval Nolan Sullivan's, 42 U.S.C. § 1983 complaint against Defendants, Orleans Parish Prison and the SID Tact Team, be **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915, § 1915A and 42 U.S.C. § 1997e as frivolous and for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 28th day of July, 2025.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE